IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FRANKIE GONZALEZ, | : | Civil No. 3:17-cv-759 |
| Petitioner | : | (Judge Mariani) |
| v. | : | |
| J. BALTAZAR, | : | |
| Respondent | : | |

## ORDER

**AND NOW**, this 17th day of May, 2017, upon consideration of the petition for writ of habeas corpus (Doc. 1), and for the reasons set forth in the Court's Memorandum of the same date, **IT IS HEREBY ORDERED THAT**:

1. The petition (Doc. 1) for writ of habeas corpus is **DISMISSED** without prejudice for lack of jurisdiction.

2. The Clerk of Court is directed to **CLOSE** this case.

Robert D. Mariani
United States District Judge